# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

ENTRE HAMPTON

VERSUS

PETROLEUM SERVICES GROUP,
LLC; CF INDUSTRIES NITROGEN,
LLC; QUALITY CARRIERS, INC.;
CLYDE RICHARD; AND OLD
REPUBLIC INSURANCE COMPANY

NO.  2022 CW 1237

**NOVEMBER 22, 2022**

---

In Re:    Clyde Richard, Quality Carriers, Inc., and Allianz
          Underwriters Insurance Co., applying for supervisory
          writs, 19th Judicial District Court, Parish of East
          Baton Rouge, No. 691998.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT DISMISSED.**   Pursuant to the motion to withdraw application for supervisory writs filed by relators, representing that relators have reached a compromise and settlement with plaintiff which will completely resolve this matter making this writ application moot, and requesting that the writ application be withdrawn, this writ is dismissed.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT